IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHANDRA WORLDWIDE, INC. D/B/A SOUTHWIND HOTEL, | § § § § § § § § § § | |
| Plaintiff, | | |
| V. | | CIVIL ACTION NO. 4:15-cv-03635 |
| SCOTTSDALE INSURANCE COMPANY | | |
| Defendant. | | |

## STIPULATION OF DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), Plaintiff Chandra Worldwide, Inc. d/b/a Southwind Hotel and Defendant Scottsdale Insurance Company file this Stipulation of Dismissal as to **all** parties and all claims. The parties have reached a resolution of all claims with respect to all parties. Plaintiff and Defendant will bear their own costs in this matter.

Dated this the ___ day of _____, 2016.

    Respectfully submitted,

    THOMPSON, COE, COUSINS & IRONS, LLP

By:  */s/ George H. Arnold*
    **George H. Arnold,** *Attorney-in-Charge*
    Texas State Bar No. 00783559
    S.D. Bar No. 15948
    Email:  garnold@thompsoncoe.com
    **Jay Scott Simon**
    Texas State Bar No. 24008040
    S.D. Bar No. 31422
    E-Mail:  jsimon@thompsoncoe.com
    One Riverway, Suite 1400
    Houston, Texas  77056-1988
    Telephone:  (713) 403-8210
    Telecopier:  (713) 403-8299
    **COUNSEL FOR DEFENDANT**
    **SCOTTSDALE INSURANCE COMPANY**

THE VOSS LAW FIRM, P.C.

By:  */s/ Chris Schleiffer* *
**Chris Schleiffer**
State Bar No.: 24088362
Email: chris@vosslawfirm.com
26619 Interstate 45 South
The Woodlands, Texas 77380
Telephone:  (713) 861-0015
Telecopier:  (713) 861-0021

**OF COUNSEL:**
Bill L. Voss
State Bar No.: 24047043
S.D. Bar No.: 602663
Email: bill.voss@vosslawfirm.com
Scott G. Hunziker
State Bar No.: 24032446
S.D. Bar No.: 38752
Email: scott@vosslawfirm.com
26619 Interstate 45 South
The Woodlands, Texas 77380
Telephone:  (713) 861-0015
Telecopier:  (713) 861-0021

**COUNSEL FOR PLAINTIFF**
**CHANDRA WORLDWIDE, INC. D/B/A SOUTHWIND HOTEL**

*\* Signed with Permission*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 29th of December, 2016, a true and correct copy of the foregoing instrument was served via the Court's ECF system upon the following counsel of record:

Chris Schleiffer
Bill L. Voss
Scott G. Hunziker
The Voss Law Firm, P.C.
26619 Interstate 45 South
The Woodlands, Texas 77380
Email: bill.voss@vosslawfirm.com
Email: scott@vosslawfirm.com
Email: chris@vosslawfirm.com

 */s/ George H. Arnold*
George H. Arnold